```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE PRINTING  )  NO.  C 05 4169 BZ
    SPECIALTIES, et al.,               )
12                                     )  ORDER TO CONTINUE CASE
                         Plaintiff,    )  MANAGEMENT CONFERENCE
13                                     )
            vs.                        )
14                                     )
    THOMAS WOON, etc.,                 )
15                                     )
                         Defendant.    )
16  _____)
17          IT IS ORDERED that the Case Management Conference in this
18  case set for March 6, 2006 be continued to June 5, 2006 at 4:00 p.m.
19  in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA
20  94102.
21  Dated:_____         _____
                                    Magistrate Judge Bernard Zimmerman
```

*IT IS SO ORDERED* — Judge Bernard Zimmerman (seal, United States District Court, Northern District of California)

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE