1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11    BOARD OF TRUSTEES OF THE      )
      PRINTING SPECIALTIES & PAPER)
12    PRODUCTS JOINT EMPLOYER &     )      No. C05-4169 BZ
      UNION HEALTH & WELFARE FUND,)
13                                  )      **ORDER SCHEDULING HEARING ON**
                Plaintiff(s),       )      **PLAINTIFF'S MOTION FOR**
14                                  )      **DEFAULT JUDGMENT**
          v.                        )
15                                  )
      THOMAS WOON, individually     )
16    and doing business as THOMAS)
      SIGN & DISPLAY,               )
17                                  )
                Defendant(s).       )
18    _____)

19         TO ALL PARTIES AND COUNSEL OF RECORD:

20         **IT IS HEREBY ORDERED** that pursuant to the Court's

21    discretion under Rule 55(b)(2) of the Federal Civil Rules of

22    Civil Procedure, a hearing on plaintiff's motion for default

23    judgment is set for **Wednesday, May 3, 2006**, **at 10:00 a.m.** in

24    Courtroom G, 15th Floor, Federal Building, San Francisco,

25    California, 94102.

26         Claims for attorneys' fees should be supported by billing

27    records.  Compliance with 50 App. U.S.C. § 501 et seq. of the

28    Servicemembers' Civil Relief Act may not be satisfied on

      G:\BZALL\-BZCASES\WOON\DEFJUDG.SCH.ORD.wpd1

1   information and belief.  <u>See</u> 50 App. U.S.C. § 521(b)(1);

2   <u>United States v. Simmons</u>, 508 F.Supp. 552 (E.D. Tenn.

3   1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

4   App. U.S.C. § 521(b)(1)).  The public website

5   <u>https://www.dmdc.osd.mil/scra/owa/home</u> will provide the

6   current active military status of an individual and has

7   instructions on obtaining certificates of service or non-

8   service under the Servicemembers' Civil Relief Act.

9        Plaintiff should be prepared to prove their damages by

10  competent testimony or other admissible evidence.  If

11  plaintiff intends to prove damages by affidavits or

12  declarations, the affiant or declarant should have personal

13  knowledge of all matters to which she testifies.  For all

14  evidence, proper foundations must be established.  For an

15  explanation of the evidentiary requirements for proving

16  damages in a default case, the parties are encouraged to

17  consult Chapter Six of <u>Civil Procedure Before Trial</u> by William

18  W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

19       Defendant should attend the hearing if he contests the

20  validity or amount of plaintiff's claim.  Seven days before

21  the hearing, on **Wednesday, April 26, 2006**, plaintiff shall

22  file a declaration setting forth in detail all steps taken to

23  serve defendant with notice of this hearing.

24  Dated:  March 16, 2006

25  _____
                    Bernard Zimmerman
26                  United States Magistrate Judge

27
    G:\BZALL\-BZCASES\WOON\DEFJUDG.SCH.ORD.wpd
28

2