```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF PRINTING SPECIALTIES, etc.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS WOON, etc.,<br><br>　　　　　　Defendant. | NO.  C 05 4169 BZ<br><br>ORDER TO MOVE THE HEARING DATE ON A MOTION FOR DEFAULT JUDGMENT |

IT IS ORDERED that the hearing date on the Motion for Default Judgment in this case set for May 3, 2006 be moved to ~~May 17~~, June 7, 2006 at 10:00 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: March 22, 2006

_____
Magistrate Judge Bernard Zimmerman

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Bernard Zimmerman]*

ORDER TO MOVE THE HEARING DATE ON A MOTION FOR DEFAULT JUDGMENT