UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER & UNION HEALTH & WELFARE FUND,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>THOMAS WOON, individually and doing business as THOMAS SIGN & DISPLAY,<br><br>　　　　Defendant(s). | No. C05-4169 BZ<br><br>**ORDER REASSIGNING CASE TO DISTRICT JUDGE** |

　　　This case was assigned to me for all proceedings including trial.  Defendant has not consented to the jurisdiction of a United States Magistrate Judge.  In view of my Report and Recommendation dated June 20, 2006, the clerk shall **REASSIGN** this case immediately to a United States District Judge.

Dated:  June 20, 2006

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\WOON\REASSIGN.wpd

1