**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
PRINTING SPECIALTIES & PAPER
PRODUCTS JOINT EMPLOYER & UNION
HEALTH & WELFARE FUND,

          Plaintiff,

    v.

THOMAS WOON, individually and doing
business as THOMAS SIGN & DISPLAY,

          Defendant.

_____/

No. C 05-04169 CRB

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

     Now pending before the Court is Magistrate Judge Zimmerman's Report and

Recommendation regarding plaintiff's motion for a default judgment.  As no objection has

been filed to the Report, and has the Court agrees with the Report and Recommendation, it is

hereby ADOPTED and the motion for a default judgment is GRANTED.

     **IT IS SO ORDERED.**

Dated: July 5, 2006

                               _____
                              CHARLES  R. BREYER
                              UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28